UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 11-23-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STEVEN J. LAY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Defendant filed a motion to conduct a pre-trial psychiatric evaluation. R. 9. The Court referred the matter to Magistrate Judge Hanly A. Ingram for a Report and Recommendation ("R&R"). After conducting a competency hearing, Judge Ingram filed an R&R on August 18, 2011, recommending that the Court find the Defendant competent to face further proceedings in this matter, including trial. R. 36. The Defendant has not filed any objections to Judge Ingram's R&R, and the time for filing any objections has expired. *See* Fed. R. Civ. Proc. 72(b). Accordingly, it is **ORDERED** that Judge Ingram's Report and Recommendation, R. 36, is **ADOPTED** as the opinion of the Court. For the reasons provided by Judge Ingram, the Court finds the Defendant competent to face further proceedings in this matter, including trial.

This the 7th day of September, 2011.



**Signed By:**
*Amul R. Thapar*
**United States District Judge**